IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 18CR182 |
| | ) | |
| Plaintiff, | ) | MAGISTRATE JUDGE KATHLEEN B. |
| | ) | BURKE |
| | ) | |
| v. | ) | |
| | ) | |
| DEON JOHNSON, | ) | |
| | ) | WRIT OF HABEAS CORPUS AD |
| Defendant. | | <u>PROSEQUENDUM</u> |

TO: THE OHIO DEPARTMENT OF REHABILITATION AND CORRECTIONS and/or SHERIFF, RICHLAND COUNTY JAIL, MANSFIELD, OHIO, and/or THE UNITED STATES MARSHAL, CLEVELAND, OHIO, and/or DEA

GREETINGS:

We command that you have the body of Deon Johnson, DOB: 11/06/1969, SSN: 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, now detained and within the custody of the Ohio Department of Rehabilitation and Corrections, as it is said, under safe and secure conduct, before the United States District Court for the Northern District of Ohio, Eastern Division, at Akron, Ohio, on Thursday, August 23, 2018, at 10:00 a.m., before the Honorable Magistrate Judge Kathleen B. Burke for Arraignment on an Indictment in the United States District Court, Northern District of Ohio, Eastern Division, charging a violation of Title 21, United States Code, Section 846, and for such other and further court proceedings as this Court may deem proper, and that immediately after the said defendant completes this and any future Court proceedings relative to this case, you return  to the said state

2

institution under safe and secure conduct.  This Writ shall remain in full force and effect until final completion of said case in this District Court, and have you then and there this Writ.

 

_____
UNITED STATES MAGISTRATE JUDGE